1
2
3
4
5
6



FILED

MAY 21 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00109-SKO |
| Plaintiff, | |
| v. | ORDER RE: REQUEST TO UNSEAL |
| RENE JIMENEZ DEL CARMEN, | |
| Defendant. | |

## **SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the petition for an arrest warrant shall be unsealed.

Dated: _____5/21/19_____

_____
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE